Tom Franklin Morris
FULL NAME

Same
COMMITTED NAME (if different)

FCI Edgefield P.O.Box 725
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Edgefield, S.C 29824

#11451-078
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tom Franklin Morris #11451-078

CASE NUMBER CV21-582-DMG(RAO)

To be supplied by the Clerk

PLAINTIFF,

v.

Roberto Ortiz NRP-EMT
Jaspal Dhaliwal M.D.
2-unknown names RN's Pill line duty
unknown name-medical record DEFENDANT(S).
tech.

## CIVIL RIGHTS COMPLAINT
### PURSUANT TO (Check one)

☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____ N/A _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____ N/A _____

    Defendants _____ N/A _____

b.  Court _____ N/A _____

c.  Docket or case number _____ N/A _____

d.  Name of judge to whom case was assigned _____ N/A _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____ N/A _____

f.  Issues raised: _____ N/A _____

g.  Approximate date of filing lawsuit: _____ N/A _____

h.  Approximate date of disposition _____ N/A _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No
    If your answer is no, explain why not _____ N/A _____

3.  Is the grievance procedure completed? ☒ Yes   ☐ No
    If your answer is no, explain why not _____ N/A _____

4.  Please attach copies of papers related to the grievance procedure.  **please see attached copies and bri**

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff __Tom Franklin Morris #11451-078__
                                                           (print plaintiff's name)

who presently resides at __FCI EDGEFIELD P.O.Box 725 Edgefield,South Carolina 29824__,
                           (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__FCI Lompoc   Lompoc,Ca.__
  (institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT                                                          Page 2 of 6

CV-66 (7/97)

## DETAILS OF EXHIBITS

EXHIBIT # 1- Shows how unprofessional these records are being kept. There is no supporting documents scanned in showing that I made some statement saying I was just mistaken and there are no allergies. That is a false statement that was made to help explain this.Here you see where lines are drawn through sentences and sentences placed in between other sentences. Very telling how records are kept.

EXHIBIT # 2 and 2A are BP-9 and the PART B response. This is one of the most important documents in this case. It says..."A review of your medical records...In paragraph 3 it is clearly noted that EMT Ortiz acted alone on 3-29-19 as he(Ortiz)changed the meds order without consent from a doctor,to poison me with small amounts of codeine .EMT Ortiz is not quailified to order or prescribe a controlled substance such as Tylenol 3 w/ codeine.His bogus change of the order made 2 unknown named RN's that dispenced pill line meds culpable in his actions.

EXHIBIT # 3 and 3A and 3B are the BP-10 and Part B response. This response is also very important.It should be noted that the BOP went paperless in 2010 and records were purged and entered digitally. In my paper medical records there were records of my past surgeries and my anaphylaxis reaction to codeine.(see exhibit 1 to see that my records were correctly entered to reflect this allergy when the records were switched over). Also note Mr.Beasly's response that yet another bogus entry was made to my medical records stating that I have an allergy to tylenol 3 w/ codeine.Yet further proof of the cover up.

EXHIBIT #4   is my BP-11

EXHIBIT # 5 and 5A is my BP-10 and its response

EXHIBIT # 6 is a BP-9 and 6A is the responce

EXHIBIT #7 is my BP-11

EXHIBIT #8 is the tort claim I filed more than a year ago that has not been answered.

EXHIBIT #9 9A and 9B is the clinical fax from Doctor John Park on 1-10-19 that clearly shows that if the medical records person would have entered this fax into my file in a legitimate  effort,The allergy would be noted and I would not have been poisoned.

EXHIBIT #10  is the pill line log from March 29th,2019 through march 31,2019 that shows I was clearly given this poison 5 seperate times,4 of which there was no order from a doctor or a prescription for. Excruciating pain and sickness and loss of breathe. Fighting for my life, throwing up and gasping for air on my fresh cut neck.Heaving so hard it messed up the whole surgery. If not for Kelly Norman I would have died way up there alone in my shu cell.

page 2 A

# Bureau of Prisons
## Health Services
### Allergies

Reg #: 11451-078                    Inmate Name:  MORRIS, TOM FRANKLIN

| Allergy | Date Noted | Reaction |
|---|---|---|
| Codeine Phosphate | 11/01/2010 | Anaphylaxis |

--INmate denies any medication or food allergies. He states this an error on entry.

Orig Entered:    11/01/2010 15:58 EST    Johnston, Glinda RN/IDC/IOP
Last Updated:   08/24/2016 09:31 EST    Morehart, P. APN
08/24/2016

No Known Allergies

Orig Entered:    08/24/2016 09:44 EST    Morehart, P. APN
Last Updated:   06/14/2019 12:13 EST    Hoen, Liza PA-C
06/14/2019                Nausea

Tylenol with Codeine

Orig Entered:    06/14/2019 12:13 EST    Hoen, Liza PA-C

Total:  3

Generated 07/08/2020 12:53 by Janezich, K. Medication        Bureau of Prisons - FLF

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ~~

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Morris Tom F          11451-078    K/Shu    Lomp usp/med
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST On Friday night 3-29-19 Paramedic Ortiz called Dr. Dhaliwa And h my Pain meds changed from the Percoseff that Ms. Hoen PA.c had orderd, to TYLENol 3 w. Codiene. I am Allergic to Codiene and have always been And my BoP file will 1007. Absolutely show from Day1 entry into the BoP all the way till early March 2019 I wa on callout to medical to fill out the paperwork concerning Allergies and present medi I was take to prepare for the Surgery I went and had on 3-25-19. It is well Ocun over the course of my sentence and at both hospitals I had surgeries at. ON 3-29-19 Param Ortiz came at 9pm or so and stated he had my painmeds. I took it, Then threw up in just few minuets. I just had neck Surgery so swellen throat and shortness of breath was undeteca I was given Codiene Fri night 3-29-19 Thrash Monday 4-1-19 When Ms. Hoens got back co told Ms. Hugo paramedic not to dispense the meds Monday morning becaus, I am allergic to Codi I was poisoned for 3 days. Then on 4-7-19 I requested my blood pressure meds, And 4-8-19 was brous Lisinopol and Ibuprofin. I began taking As prescribed. Days later I accidentally seen my Doctor orders from my surgery where in bold leters The MO clearly stated DO NOT TAKE (BuPrif.) for at least 6 weeks. Making Twice in 1 week I was Taking medications I wasn't supposed Take.

4-18-19                                   Tom Morris
DATE                                SIGNATURE OF REQUESTER

Part B- RESPONSE

LorLegal
SW

DATE                                    WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this respons

CASE NUMBER: 975204-1

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

Part C- RECEIPT

Return to: _____     _____    _____    _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                 ✲           RECIPIENT'S SIGNATURE (STAFF MEMBER)           BP-229
                                                                                APRIL 1

Case 2:21-cv-00582-DMG-RAO   Document CLASSIFIED 01/20/21   Page 6 of 30   Page ID #:6

**Facility: LOMPOC USP**

## Medication Administration Record

March 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 12/01/18 09:38 MORRIS, TOM 11451-078 Watson, William (4) Refills Take three tablets (60 MG) by mouth twice daily ***pill line*** (nf expires 8/7/20) Exp. Date 05/30/19 09:35 288397-LOX Dicyclomine HCL 20 MG Tab | 0700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | TH | TH |  |
|  | 1700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |
| Ord. Date 11/30/18 21:00 MORRIS, TOM 11451-078 Watson, William (3) Refills ***crush/empty*** Take three tablets (1800 MG) by mouth twice daily ***pill line*** (nf expires 3/8/20) Exp. Date 05/29/19 20:59 288395-LOX Gabapentin 600 MG Tab | 0700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |
|  | 1700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |
| Ord. Date MORRIS, TOM 11451-078 Watson, William Oxycodone HCl 10mg Exp. Date T1T PO BID PRN x3 days Order | 0700 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 1700 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date MORRIS, TOM 11451-078 Watson, William Tylenol and Codine 300/30 mg tab Exp. Date Order T1T PO BID PRN x2 days | 0700 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 1700 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date MORRIS, TOM 11451-078 Watson, William Exp. Date Order |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date MORRIS, TOM 11451-078 Watson, William Exp. Date Order |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Time: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: 10/19/69   HT: 71   WT: 210   Allergies: No Known Allergies

Physician: Watson, William MD

Pt. Name: MORRIS, TOM   Registration #: 11451-078   Unit: Z06-252LAD

LOM - 975204-F1
Part B - Response

This is in response to your Request for Administrative Remedy, received on April 23, 2019, wherein you allege your medication was changed from Percocet to Tylenol #3.  You state you are allergic to codeine and always have been.  You have not requested any relief in this matter, but a response be provided.

A review of this matter reveals the following.  A review of your medical record revealed you currently have no known allergies.  The allergy to codeine was removed in 2016 by an advanced nurse practitioner who documented, "Inmate denies any medication or food allergies.  He states this is an error on entry."  On March 25, 2019, you had surgery for an anterior discectomy and fusion of C6-C7.  On March 26, 2019, you returned back to the facility at which time oxycodone/ acetaminophen 5mg-325mg was ordered for pain for three days.

On March 29, 2019, a dressing change was performed.  You were also evaluated by the physician assistant who changed your pain medication to oxycodone for three days.  Due to the unavailability of the oxycodone, the medication order was changed by the physician to acetaminophen/codeine 300/30mg.  On March 30, 2019, an order was received to give a one-time dose of the acetaminophen/codeine 300/30mg.

On April 1, 2019, the medication, acetaminophen with codeine 300/30mg, was discontinued.  On April 2, 2019, you were evaluated by the physician and you were prescribed amitriptyline for pain management.  On April 4, 2019, the amitriptyline was discontinued at your request.  Based on the information that was available, medical staff did not act outside the scope of their duties.  You received the proper medical care to treat your medical concerns.

Accordingly, this response is provided for informational purposes only.  If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-10) to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA, 95219, within 20 calendar days of the date of this response.

_____          6/11/15
Felipe Martinez, Jr., Complex Warden       Date

U.S. DEPARTMENT
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Morris, Tom F
LAST NAME, FIRST, MIDDLE INITIAL     11451-028    K/SHU    Lom FCC
                                          REG. NO.        UNIT         INSTITUTION

Part A - REASON FOR APPEAL I am appealing remedy # 975204-F1. This response contains fraudulen statements concerning removing my allergy to Codeine by on unknown and unnamed advanced nurse practitioner in 2016 alledgedly. It also states that, again an unknown and on named physician, changed m ain medication on 3-30-19 for a one time dose of acetaminophen/Codeine 300/30 mg. That is an absolu se verifiably by the controlled substance log/Computer entry and pill line log. I was given the acetaminophe dient beginning on March 29, 2019 and ending on 4-1-19, a total of FIVE 5, times over 3 days. You do not logically get cured of an allergy. My file Contains numerous claims of allergy to Codeine from day 1 of entry , BOP, which I personally filled out numerous times through the years EVEN and especially in 2016 when I ha ejor surgery at Forrest City Memorial Hospital, and right there in Lompoc just weeks before my surgery. Dc irts office and the hospital in Santa Barbra had the information on My Codeine allergy and it is a simple me o verify. For Someone to claim I stated it was an entry error 1 time in 2016 shows you the lunacy of this randulent claim. Numerous times I filled out the Allergy sheets, And EVERY time Codeine is listed, up are weeks BEFORE I was intentionally poisoned with this medication. This is a mere attempt to C p what happened. I have absolute proof that this prison and its staff will and HAVE forged governmen tements and changed things in the Computer and fraudulently entered statements I never made! see rem 977125-F1 And the correction added to it as well. There are multiple avenues to prove my clai at none wants to verify them, it is just a preffered method to deny and cover up using fraudu
June 13 2019    statements And claims. This really happened and its not sorry Augz-    Tom F. Morris
DATE                                                           SIGNATURE OF REQUESTER

Part B - RESPONSE

JUL 8 2019

REGIONAL DIRECTOR

DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

CASE NUMBER: 975204-R1

ORIGINAL: RETURN TO INMATE

Part C - RECEIPT                                         CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT        INSTITUTION

SUBJECT: _____

DATE                             SIGNATURE, RECIPIENT OF REGIONAL APPEAL        BP-230(13)

975204-R1
FCC Lompoc

This is in response to your Administrative Remedy Appeal of the Warden's decision dated June 11, 2019. You allege fraudulent statements concerning the removal of an alleged allergy to codeine from your medical record are contained within the Warden's response. You claim your medical record contains numerous claims of allergy to codeine and claim the unknown or unnamed staff who removed the allergy from your file with a note that you stated it was a mistake was incorrect. You claim you never made this statement. You allege the prison and its staff and have forged government documents and changed things in the computer to include fraudulent statements in an attempt to cover up incorrect or inappropriate behavior. You do not request specific relief.

Your appeal has been investigated. The Bureau of Prisons takes allegations of staff misconduct seriously. All staff are held to a high standard of treating inmates fairly, impartially and humanely. Staff misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a).

A review of your medical record was performed and revealed you are currently enrolled in Chronic Care Clinics (CCC) for Gastrointestinal, Hypertension, Neurology and Orthopedic/Rheumatology concerns. Your condition is monitored through CCC, Sick Call, Follow-Up, Diagnostic, and Consultant encounters. All entries related to an allergy to codeine within your medical record are statements made by you. There is no medical documented test or reaction to confirm the allergy. However, per your statements, an allergic reaction of anaphylaxis to Codeine Phosphate was noted in your medical record. On August 24, 2016, you were seen during a Mid-Level Provider Follow-Up Encounter for a wound dressing and complained of severe pain in your leg. The provider noted you would be provided a 3-day supply of Tylenol #3 (APAP#3). The entry also noted that you "had a recorded allergy to APAP#3, he states this was documented in error, he has no medication or food allergies." Therefore, the allergy notation was discontinued. You were provided a new medication order for Oxycodone/Acetaminophen 5MG/325MG for 3-days to be provided at pill-line only. On March 13, 2017, you were seen during a CCC Encounter and reported Oxycodone/Acetaminophen 5MG/325MG does not take all the pain away but does make it manageable. The Clinical Director informed you he would submit a Non-Formulary Medication Request for Gabapentin and, if approved, you would be tapered off Oxycodone/Acetaminophen 5MG/325MG. On March 17, 2017, you were informed the request for Gabapentin had been approved and medications were appropriately adjusted to taper you off of Oxycodone/Acetaminophen and gradually increase Gabapentin. Pill-line records revealed you received Oxycodone/Acetaminophen 5/325 MG Tablets from August 24, 2016, through March 19, 2017, with no documented adverse or allergic reaction. On June 14, 2019, an allergy notation was added to your file noting a reaction of nausea to Tylenol with Codeine. There is not any explanation for the entry of the note and there does not appear to be any clinical evidence of the allergy. If you feel there are outside medical records that would assist your current health care providers in properly documenting a clinically proven allergy to avoid any further deletions of

973204-R1
FCC Lompoc
Page 2 of 2

the allergy to your medical record, submit an Inmate Request to Staff to the Health Services Administrator listing the names, address, dates of service for records you wish to request and contact information. Upon your request, a release of information form will be completed with your authorization and signature requesting said records. The records must be sent directly from the outside provider's professional office to BOP medical staff at your current institution. However, please note, Bureau of Prisons' physicians are not required to follow the recommendations of outside physicians.

Based on the above, you are receiving care and treatment for requested medical concerns in accordance with Bureau of Prisons Clinical Guidelines. We concur with the manner in which the Warden responded to your concerns at the time of your Request for Administrative Remedy. In addition, there is insufficient evidence to substantiate your claims of staff misconduct or fraud. If you experience new or increased symptoms prior to your next scheduled appointment, notify Health Services for further evaluation through the local procedures for accessing medical care.

Accordingly, this response is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

9/3/19
Date

Gene Beasley, Regional Director

Federal Bureau of Prisons

EXHIBIT #5

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Morris Tan F          11451-078          K/5th          Lom FCC
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A - REASON FOR APPEAL  I am appealing remedy # 977178-F1. The remedy states that this response is provided for informational purposes only That my allegation has been referred to the appropiate office for investigation. Under Bivens v. Six Unknown Agents 403 U.S. 388 (1971) forms from the Central District of California page 2 section B. EXHAUSTION OF ADMINISTRATIVE REMEDIES I must complete the grievence procedure and attach copies of papers related to the grievence procedure. Completeting this section BP-10 and continuing on to BP-11 to the General Counsel is a requirement to completing the Administroative Remedy Appeal process. Therefore same as was the remedy response, This is an appeal for informational purposes only, AS per your response, and requirement for filing my civil rights Complaint under the Bivens docotrine.

June 13 2019
DATE

Tom F. Mons
SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED

JUL   8  2019

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 977178-R1

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

USP LVN

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach–ments must be submitted with this appeal.

From: __Morris Tom F__     __11451-078__     __K/SHU__     __Lom USP/FCC__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT         INSTITUTION

Part A—REASON FOR APPEAL I am appealing 975204-R1. In this response from Region, Director Beas confirms my medical records does in fact confirm my anaphylaxis reaction to Codeine Phosphate. Once ag here is some no name Mid-level provider who falsely claims I was documented in error. In my paper reco hat were sent to the BOP in 2005 my allergy and reactions are clearly listed. Thats how it got into the record. someone informs you of an allergy. You do not give them the drug to document a reaction. This is ludicris. Providers were notified correctly. You further stated that on June 14, 2019 my allergy notation was once again a vithout explanation. Obviously someone is messing with my records. It isnt me, I dont have access. As I said in paper reards were properly sent to the BOP in 2005 and nothing has changed except Mistakes were made You poisoned me for 3 days. Furthermore Mr. Beasly failed to address or mention from the response dated 5-11-19 by Felipe Martinez Lom-975204-F1 paragraph 3. on march 30, 2019 an order was recieved to give time dose of the acetaminophen/codeine 300/30 mg. I am enclosing this response As well as a copy he pill dispense log that will clearly show The Tylenol and Codeine 300/30mg was in fact dispensed to n violation of the controlled substance act without a doctors order on March 29, 2019. Again Two times o march 30, 2019 and Two more times on March 31, 2019. For a total of FIVE times, four of which there doctors order for. Also included is a fax from my Doctor Park informing you of a possible Codeine allergy before you gave it to me! Not only was I given medicine I am allergic to But I was given a controlled sub vithout a doctors order, this is a felony, and absolute definition of malpractice and medical neglect so far I only get deflections and lies as answers. I plan to seek damages for the severe pain an suffering this caused. Nuone wants to talk to me to straighten this out.

__10-10-19__
DATE

_Tom Morris_
SIGNATURE OF REQUESTER

Part B—RESPONSE

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: _____

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____     _____     _____     _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT         INSTITUTION

SUBJECT: _____

_____          _____
DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–2310
APRIL 1

977178-R1
FCC Lompoc

This is in response to your Administrative Remedy Appeal of the Warden's decision dated June 12, 2019. You state you are appealing remedy #977178-F1 to complete exhaustion of the Administrative Remedy process. You state your appeal is for informational purposes only, as was the Warden's response, and is required for filing your civil rights complaint under the Bivens Doctrine. You do not request specific relief.

Your appeal has been investigated. Our research concluded allegations regarding violations of an alleged allergy to codeine by staff and alleged fraud and misconduct by staff was previously addressed in Administrative Remedy #975204-R1; you may wish to refer to this response for previously provided information.

It could not be determined if the specific staff member named in this remedy was included in the staff referenced in Administrative Remedy #975204-R1. Therefore, please note, the Bureau of Prisons takes allegations of staff misconduct seriously. All staff are held to a high standard of treating inmates fairly, impartially and humanely. Staff misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a).

Based on the above, you are receiving care and treatment for requested medical concerns in accordance with Bureau of Prisons Clinical Guidelines. If you experience new or increased symptoms prior to your next scheduled appointment, notify Health Services for further evaluation through the local procedures for accessing medical care.

Accordingly, this response is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

9|3|19
Date

Gene Beasley, Regional Director

REQUEST FOR ADMINISTRATIVE

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **Morris Tom F**
LAST NAME, FIRST, MIDDLE INITIAL

REG. NO. **11451-078**     **K / SHu 135   Lom USP/M**
UNIT          INSTITUTION

**Part A- INMATE REQUEST** on 3-29-19 during evening pill line for SHu on Range 4 c 252 EMT ORTIZ and I had a heated argument. EMT ORTIZ huffed off and left his a few doors down and came back to my cell and huffed he was writing me up. I hit button and SHu1 Vermillon come to my door, I requested an Lt and as we were taki ORTIZ come down the other side of the range and was yelling and pointing at me saying was going to get mine. SHu1 Vermillon looks at me and says, Man that dude is a dick why your mad. Vermillon spent time with me and talked me down and told me to relax would l worth it. EMT ORTIZ went to medical and called the Doctor, Dhaliwal I bel his name. And changed my pain meds from percosett to Tylenil 3 w/codiene. Come ba my cell with meds already crushed and gave them to me and I took them. A few mins I was sick and throwing up. I am allergic to Codiene. I was literally poisned days from 3-29-19 to 4-1-19. Lucky the doses were small and only made me sick th ill and didn't Kill me! It was torment throwing up for days on and through my neck I had just had major surgery and my records will show from days of entry to BOP Th A All the way this surgery A 16, and even to 2 months ago here in medical at Lompoc USP b
4-23-19   surgery it is noted that I am allergic to codiene. Please preserve the film from 3-2...
DATE                                                               SIGNATURE OF REQUESTER
**Jom Moris**

**Part B- RESPONSE**

WARDEN OR REGIONAL DIRECTOR

DATE

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this

CASE NUMBER: _____

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITU

SUBJECT: _____

DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

LOM − 977178-F1
Part B − Response


This is in response to your Request for Administrative Remedy, received on May 9, 2019, in which you allege you and the EMT had a heated argument. You claim he purposely called the doctor and had your medication changed to Tylenol 3 with codeine, which you state you are allergic to codeine. You claim you were purposely poisoned for three days. As relief, you are requesting to preserve the film from March 29, 2019, per policy.

The Bureau of Prisons takes allegations of staff misconduct seriously and they are thoroughly investigated. Therefore, your allegation has been referred to the appropriate office for investigation. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 USC § 552a.

Accordingly, this response is provided for informational purposes only. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-10) to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA, 95219, within 20 calendar days of the date of this response.


_____          6/12/19
Felipe Martinez Jr., Complex Warden       Date

U.S. Department of Justice
Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Morris Tom F**    **11451-078**    **K/SHU**    **Lom USP/FCC**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I am appealing 977178-R1. In his response Mr. Beasly does not fully address or acknowledge what this admin remedy is over. If is on video and witnessed by CO Vermillion that Emt Ortiz and I had a heated argument, ortiz threatned to "make sure I get mine". He then went and changed my medication from percosetts to Acedemerhan Codeine an came back and gave me a controlled substance without a doctors order on 3-29-19, Codei which I am allergic to as well, and called the doctor the next day to cover up for his a of retaliation. Because of Emt ORTIZ I suffered severe pain and almost died and wa subjected to this pain and duress for 3 days till Ms. Hoones got back and had it stopped.
    Furthermore, Mr. Beasly attached my BP8 from another incident to this incident which ha nothing to do with it.
    What Emt ORTIZ did to me, giving me a controlled substance that I am allergic to withou 2 doctors order, is medical malpractice. I have documents that show there was no doctors or for the Tylenol 3 w/codeine that he went and gave me in retaliation towards me, And Emt ort covered up his actions and I suffered for several days as a result of his negelent acti and medical malpractice. I plan to seek punitive damages for pain and suffering.

**10-10-19**    _Tom Morris_
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____    _____
DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Regional Counsel<br>Western Regional Office<br>7338 Shoreline Drive<br>Stockton, Ca. 95219 | Tom Morris #11451-078<br>UNITED STATES PENITENTIARY<br>3901 Klein Blvd<br>Lompoc, Ca. 93436 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>10-19-1969 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>MARch 29th 2019 Thru MARch 31st | 7. TIME (A.M. OR P.M.)<br>Pill line Am + PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) facts and circumstances. I had surgery on my neck on march 25, 2019. My throat and neck was glued shut after the surgery. On March 29, 2019 Ms. Hones my P.A. prescribed an additional three days of Oxycodone pain meds. I had been prescribed Narco 5/325 mg tabs x 60 on 3-26-19 for 30 days of pain meds, And Zofran 4mg for nausea. The Narco was prescribed because of my allergy to codeine which is documented in my medical file. Neither of these two medications were given to me. Narco because it wasn't formulated in (continued on additional attached pages)

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)
N/A

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Extreme pain and suffering, with extrememental duress while throwing up repeatidly and gasping for breath thinking I was going to die. The damage the surgery was supposed to correct, the pain from before the surgery, Is worse now than it ever was. The scar on my throat is broader and more prominent because of the strain of constantly struggling to throw up and breathe.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Correctional officer Vermillion | 3901 Klein Blvd., Lompoc USP, Lompoc, Ca. 93436 |
| Kelly Norman | 6982 Mary Mac Drive S.W. Port Orchard, WA. 98367 |

## 12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $125,000.00 | N/A | $125,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>Tom F. Morris #11451-078 | 13b. Phone number of person signing form<br>N/A | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109

NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

8. Continued... DAMAGE INJURY OR DEATH... the BOP and No 20 from quote from Dr Watson, see we forget to prescribe... I'll need it?" on 7-31-19. At evening pill line in situ on march 29, 2019 I got into a heated argument with Emt Ortiz when Emt ORTIZ told me I had no pain meds they expired. I was trying to explain to him that Ms. Hones had reordered them that morning. He called me a liar. I yelled at him and we had a heated exchange. Emt ORTIZ got steaming mad and and stormed off. It's all on video from situ 600 Range cameras I filed BP.9's and copouts to SIS/SIA and the warden requesting this video be preserved and about this incident. See attached BP9 # 977178 and Lom-977178-F1 Response. Emt ORTIZ left his pill line cart a few doors down and came back to my cell and threatned me, telling me that I could not talk to him like that, and promised me that I would suffer over that. I hit the duress button, EMT ORTIZ Stormed off again. The situ #1, C.O. Vermillion come to my door. As I was explaining to OFFICER Vermillion what had just happened, Emt ORTIZ came down the opposite side of the range yelling and screaming, shaking his finger at me animatedily, saying "Your going to get yours Asshole, I gaurentee it!" This was witnessed by C.O. Vermillion, Kelly Norman, and was recorded on video surviellence. C.O. Vermillion looked at me and said, "Damn, That guy is a dick huh? Dont worry, I will go take care of this right now." He left. About an hour or so later Emt ORTIZ come back with a cup of crushed white medication and told me "Here is your pain meds." I took the medication dispensed to me by a medical staff member, whom I am supposed to be able to trust, with whoms care I am entrusted to by The Bureau of Prisons. Not long after this, I am throw up and struggling to breathe. I just had major surgery on my neck and plates and screws, drilled into my vertabrae only days before, and the wound was only glued shut. I figure the med: made me sick, and my struggle to breathe was from me throwing up so violently on my swoll neck muscles. My cellmate Kelly had to help me as I was struggling to throw up, hold my hea where I wouldn't break my neck from the violent heaves and throwing up. I was scared an terrified I was going to break my neck and be paralized or die. The pain was excruciatin This happened again after morning pill line on March 30, 2019. After evening pill line on March 30, 2019, after morning pill line on march 31, 2019, and After evening pill line on marc 31, 2019. I could stand no more and finally asked Paramedic Fabie Sunday night 3-31-19, whe I was hurting so bad taking Oxycodone and why it was making me throw up and struggle t breathe? Fabie told me that I am not taking Oxycodone that I am taking acetaminophe Codeine 300/30 mg - Tykenol 3 w/codeine. I said noway I am allergic to Codeine! Fab says "well there you have it, Thats why you still hurt, and throwing up and having trou breathing." If this dose would have been any stronger I would be dead right now I was literally poisened for 3 days!

FACTS: I was started on a controlled substance, Acetaminophen/Codeine 300/3 WITHOUT A PHYSICIANS ORDER OR PRESCRIPTION by Emt ORTIZ in retaliation he threatned me that I would suffer!, In front of C.O. Vermillion and Kelly Norma and whom is not authorized to prescribe said controlled substance. Emt ORTIZ di Knowingly and intentionally distribute to me an unauthorized controlled substan In violation of the Controlled Substance Act. SEE ATTACHED "Medication Administra Record March 2019". Also see BP-9 Lom-975204-F1 Part B-Response, Paragraph Line 5 sentence 4 - On March 30, 2019, an order was received to give a one-tin dose of Acetaminophen/Codeine 300/30 mg. This was quoted directly out of m medical records - see same paragraph 2-line 1- sentence 2. FACT: I was given Controlled substance - without a Physicians order or prescription 4 times over a 3 period from March 29, 2019 through March 31, 2019, A total of 5 times all togethe As evidenced by the "Medication Administration Record March 2019" and by the signe Response from Warden Martinez after Medical/Hospital Admin reviewed my medical recor

8. continued from Claim for Damages form 95 or 1930 oath continued page 2

I was threatned by EMT ORTIZ in front of multiple witness and on video just before I was poisoned by him (EMT ORTIZ) as he violated Federal law - distribution of a controlled substance, as he committed Attempted-Murder.

FACT: Furthermore, It is duly noted over multiple years, multiple outside hospitals and Physicians, That I am allergic to Codeine. There is even a fax confirming this from Doctor Park's OFFICE months before this incident. See Attached FAX From Neurological Surgery of Santa Barbara faxed to Lompoc Prison Fax:805-740-2035 Re: Tom Morris #11451-078.

It is stated in the Part B Response Lom-975204-F1 that some unknown advanced nurse practitioner Alledgedly changed, removed my allergy to Codeine. This is not true. In 975204-R1 FCC Lompoc response from Gene Beasley, Mr. Beasly wrongfully states that my allergy has not been confirmed, Even though Mr. Beasley points out that it is in fact documented in my medical file that I have an anaphylaxis allergic reaction to Codeine. Mr. Beasly further stated that some Mid level Provider alledgidly changed my allergy from Codeine as a "mistake". Yet this Mid-level Provider immediately changed The prescription ordered from Tylenol 3 w/Codeine to OxyCodone/Acetaminophen 5mg/325m. why would the Provider change the prescription if I had in fact told him/her that the allergy was a mistake? This was On August 24, 2016.

Mr. Beasly further states, in error, that if I want properly documented a Clinically proven allergy to avoid any further deletions of the allergy to my medical records, I should Submit a Request to Health Services Administrator to achieve and acquire my med records from my previous outside provider. This was done in June 2005 at my intake at Seagoville. The records were recived and made part of my permanate records. However, It was purged in 2015 when all paper records were destroyed and records went No paper to computer. Also See Attached "Individualized Reentry Plan - Program review page 2 of 3, top of page, Current Medical Duty Status Assignments - Says No paper medical Record as of 12-21-2015. Because of someone not including My outs. records, Possibly, Thats where Mr. Beasly in Confused. Mr. Beasly also noted in the Response Paragraph 3 sentence 17 line 36 - On June 14, 2019, an allergy notation was added to my file noting a reaction of nausea to Tylenol w/codeine. There is not any explanation for the entry of the note and there does not appear to be any clinical evidence of the Allergy. My question to that is where did Mr. Beasly get his medical training / Doctorate? When did he become a Medical doctor?

Fact: Obviously Someone or Some people are playing musical chairs with my medica records and my allergy.

Fact: I was poisoned for 3 days in retaliation provoked by EMT ORTIZ. I have included more than enough 100% proof of the lies being told and even in the Administrations own words I was given a Controlled substance, In violation c the Controlled Substance Act. I have the medical records and sworn statements to prove this.

For Some reason they seem locked in on trying to discredit my allergy instead o addressing the issue of EMT ORTIZ changing my medication without a physicians presc tion to a Controlled substance and poisoning me in retaliation to threats he made and nearly killed

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

N/A

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | 17. If deductible, state amount.

N/A

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BAC

Neurological Surgery of Santa Barbara
2410 Fletcher Avenue 3rd Floor, Santa Barbara, CA 93105
Office: 805-682-1912; Fax: 805-288-6458



www.elationemr.com

Sent on 01/10/2019 at 05:43 PM

# Clinical fax

ATTN: LOMPOC PRISON

From: John Park, M.D. Ph.D

Subject:

Note: John Park, M.D. Ph.D has also prepared an interactive patient chart online with additional clinical content.

**To access chart:**
1. Go to **elationemr.com/fax**
2. Enter the **Reference Code** on this fax

**Reference Code:**

BQX-3M4-5ZW

SENSITIVE
BUT
UNCLASSIFIED

COPY

**Confidentiality Notice**
The information contained in this facsimile transmission is privileged and confidential, and may contain confidential health information that is legally protected. All information in this transmission is intended solely for the use of the addressee listed on the cover page. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited (Federal Regulation 42 CFR, Part 2, and 45 CFR, Part 160). If you have received this fax in error, please notify the sender immediately by calling the phone number above to arrange for return or destruction of these documents.

Neurological Surgery of Santa Barbara
2410 Fletcher Avenue 3rd Floor, Santa Barbara, CA 93105
Office: 805-682-1912; Fax 805-288-6458

SENSITIVE
BUT
UNCLASSIFIED

January 10, 2019

LOMPOC PRISON
Fax: 805-740-2035

COPY

Re: TOM MORRIS (DOB: 10/19/1969)

Subject: (No Subject)

Thank you for the kind referral of Tom Morris. Attached is a copy of his office visit note. Thank you for allowing me to participate in his care.

Sincerely,
John Park, M.D.

*[signature: John Park]*

Electronically signed by John Park, M.D. Ph.D on 01/10/2019 5:42 pm in ElationHealth

Note: Interactive patient chart available online

To accompany this letter, John Park, M.D. Ph.D has prepared an interactive patient chart for you to view online. Anyone in your practice can access the chart following the instructions below:

1. Go to elationemr.com/fax
2. Enter this Reference Code: BQX-3M4-5ZW

Interactive Patient Chart Contents:

- 01/10/2019 Office Visit Note   cc: New Patient - MRI@LOMPOC. 1. CC: neck pain - referred by Dr. Willi...

*EXHIBIT #9B*

Neurological Surgery of Santa Barbara
2410 Fletcher Avenue 3rd Floor, Santa Barbara, CA 93105
Office: 805-682-1912; Fax 805-288-6458

## Office Visit Note

*ElationHealth*

### Patient Name: TOM MORRIS

D.O.B.: 10/19/1969; 49 yrs, 2 mo at the time of visit
Seen by John Park, M.D. Ph.D

### Date of Encounter: 01/10/2019

### Exam Reason (CC): New Patient - MRI@LOMPOC

#### Subjective

1. CC: neck pain - referred by Dr. William Watson

HPI: Mr. Morris is a 49 yo gentleman with a 5 year history of pain in the left posterior neck that radiates up into his ear region as well as down the back of his arm into the thumb, index and middle fingers. The pain has an aching quality to it and has been getting progressively worse over time. Gabapentin and staying motionless help the pain somewhat while any exertion or movement exacerbates his pain. He denies any weakness but has numbness in the left arm as well as the thumb, index and middle fingers. He denies any right-sided symptoms or any problems with his legs, bowel or bladder. He underwent a cortisone injection 2 and half years ago with some temporary relief. He has also been doing exercising and stretches without significant benefit.

Allergy: possibly to codeine

PMH:    low back pain

PSH:    diaphragmatic hernia

FH:     none

SH:     He is single with one child.

Habits: Never smoker (as of: 01/10/2019)

Meds:   aspirin, dicyclomine, gabapentin, ibuprofen, lisinopril

ROS:    GENERAL: Denies fever, chills, weight loss or sleep abnormalities

        EYES: Denies visual abnormalities

        HENT: Denies nasal discharge, sore throat, or ear pain

        RESP: No shortness of breath or wheezing

        CVS: Denies chest pain, palpitations, irregular heart beat or leg edema

        GI: Denies nausea, vomiting, diarrhea, abdominal pain or blood in stool

        GU: Denies dysuria, hesitancy or hematuria

        MSS: Denies joint pain or swelling

        NS: See HPI

        SKIN: No rashes

        PSYCH: Mood and affect are appropriate in context of current chief complaint

#### Objective

#### Vitals:

on (date or dates) __March29,2019-March31,2019__ , _____ , _____ .
(Claim I)        (Claim II)        (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   __Roberto Ortiz_____ resides or works at
(full name of first defendant)

__3901 Klein Blvd Lompoc, Ca. 93436_____
(full address of first defendant)

__NRP    EMT_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

__EMT Ortiz was issuing evening pill line medications,and after a heated argument__

__with Plantiff,proceeded to medical and changed my meds on his own,which he isnt__

__quailified to do,then crushed up teylenol w/codeine and ilegally dispenced it to me.__

2.   Defendant __Jaspal Dhaliwal_____ resides or works at
(full name of first defendant)

__3901 klein blvd. Lompoc, Ca. 93436_____
(full address of first defendant)

__Physician    MD_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

__Dr. Dhaliwal entered an order for a one-time dose of Tyelnol 3 w/codeine,to which__

__Plantiff is allergic to,on 3-30-19,without consulting plantiffs medical records.__

3.   Defendant   __2-unknown named RN's pill line dispencers_____ resides or works at
(full name of first defendant)

__3901 Klein Blvd. Lompoc,Ca. 93436_____
(full address of first defendant)

__R.N.'s   pill line dispencers_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

__These two other RN's that dispence medications,signed out and dispenced a control-__

__susbstance in violation of state and federal laws without a doctors order or pre-__

__scription.Literally poisioning Plantiff for 3 days!__

---

**CIVIL RIGHTS COMPLAINT**

4. Defendant   **Medical records tech. unknown name**                                    resides or works at
   (full name of first defendant)

   **3901 Klein Blved. Lompoc, Ca. 93436**
   (full address of first defendant)

   **medical records tech**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

**The med tech responsiable for entering information into a patients file,recieved**

**a fax from Dr.John Park regaurding Plantiff and failed to enter allergies that**

**are clearly noted on page 2 of fax from Dr.Park,resulting in Plantiff being poisioned.**

5. Defendant                                                                              resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

Beginning on March 29, 2019 While housed in Lompoc FCI shu,just days from having major surgery on my neck,through March 31, 2019 I was literally poisioned for 3 days. EMT Ortiz took it upon himself to illegally change my pain meds from percosett to tylenol 3 w/codeine, in retaliation for a heated argument with Plaintiff.(see exhibit #2-a LOM 975204 Part B responce)It is Clearly stated in paragrah 3 on page 2-a where Waredn Martinez responded to my BP-9 and said,"on March 30,2019, an order was received to give a one-time dose of the acetaminophen/codeine 300/30 mg.  This clearly shows beyond a shadow of a doubt that EMT Ortiz acted on his own and changed these meds himself, thereby poisioning me for 3 days a total of 5 doses. Plaintiff was fed small amounts of a medication I am allergic to.The very people trusted to provide care for me did in fact subject me to cruel and unusual punishment,while acting in his offical capacity.

Dr.Dhaliwal then tried to help cover up this mistake by writting a one-time dose for March 30th,2019.Without even consulting my chart and seening this allergy.There was no way that they ever thought I would have all this and even the pill line logs  . My 8th amendment right to be free from CRUEL AND UNUSUAL Punishment.

Supporting Facts: Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 3-29-19 at approx 4pm at evening pill line in shu at fci Lompoc EMT Ortiz and I had a very heated argument over pain meds.EMT Ortiz threatned me waving his arms in the air and shouting at me. I hit the panic button and right away SHU 1,C.O.Vermillion came to my door and asked me what happened. I was explaining things to Vermillion When EMT Ortiz came back down the run on the otherside and was creaming and pointing his finger at me telling me I was going to get watch and see.Vermillion says to me, man that guy is a dick huh? Dont worry Morris I will take care of it.This exchange was caught on camera as Vermillion was standing there on camera to and wittnesed the whole thing.A couple hours later EMT Ortiz came to my cell with some crushed up meds and said he was sorry and dispenced to me without my knowledge or consent Tyelonal 3 w/ codeine.AT this point I would point out that on March 29th,2019 I was infact given this medication in violation of state and federal controlled substance act.

I am not sure how an EMT wrote a new prescrition for a controlled substance,But he most certainly had to.The proof came straight out of Warden Martinez after he

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

---

PAGE 5a Claim sheet continued

and the Hospital Administratior checked my medical file,see exhibit 2 a paragraph 3)
There is several discrepencies in the responses to my Admin. remedies.In fact when
Mr.Gene Beasly is answering my bp-10,Mr Beaslu verifies that my allergy to codeine
was in fact in my file,and even as he is investigating this another anomoly comes
out..Someone has not only changed and tampered with my medical records before,But
even Regional Director Beasly is clearly astonished that someone has once again
been in my records and this time entered my allergy to tylenol 3 w/codeine,Mr Beasly
wrote this (see exhibit #3a)...On June 14,2019,an allergy notation wasadded to your
file noting a reaction of nausea to tylenol  w/codeine.There is not any explanation
for the entry of the note and there does not appear to be any clinical evidence of
allergy. So there is in fact proof of changes being made for no reason.Furthermore
Plantiff included an ALLERGIES exhibit #1 where you can see the unproffesional
entries and such are just literally have a simple line drawn through them.There
is no documented proof of my ever making this aledged statement about my allergy to
codeiene,BECAUSE it never happened.It is in fact very well noted that I have an allergy
to codeiene.It is verified in my medical records,which was in paper form until the
purge in 2010 when all med files went digital.

   The medical records tech,The ones responseable for entering in medical records
when you have surgery,see a specialist .Dr John Park did fax a CLINICAL FAX to medical
at Lompoc on 1-10-19 several months before I was poisioned for days with codeiene.
(see exhibits#9 ,9a,and 9b).Had this medical records tech properly noted this allergy
I would not have been subjected to this cruel and unusual punishment.

   I am still not sure hoe EMT Ortiz was able to change my meds and trick the
2 unnamed RN's to dispence this controlled substance without a prescription or a
doctors order.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Under the Bivens Doctorine, federal agents are held monetarily liable for their actions under 42 USC 1983. A Plaintiff who brings action under The Civil Rights Act is entitled to an award of monetary damages in order to redress deprivations of his/her Constitution rights. There are three distinct classes of damages a prisoner might recover from prison officals who have violated his/her constitutional rights. 1-Actual damages to compensate the prisoner for out of pocket expenses(court costs filing fees attorney fees) and mental suffering. 2-nominal damages to vindicate the prisoners rights if no actual damages was sustained; 3-Punitive Damages if the wrongful act was done intentionally and maliciously.

Here Plantiff is due all three classes of damages. Especially Punitive damages for being poisioned out of retaliation, since they didnt even have permission or an order to dispence the controlled substance in violation of state and federal laws concerning the distibution of said controlled substance, as well as the retaliation that was intentional. EMT Ortiz wanted to retaliate on me so bad that he broke the law without any compunction whatsoever. His criminal acts even ensnared two other RN's and a doctor. I honestly swear to this court that I was terrified and thought I was going to die. I have 100% documented proof beyond a reasonable doubt to prove my case. I am seeking $125,000.00 in nominal and actual damages and for punitive damages as determined by this court or jury. I have proof that Mr.Ortiz's crime caused permanent damage to my nerve that was retrapped under the disk, everything the whole sugery fixed, got messed up withmy uncontrollable heaving and struggling to breathe and throw up. If not for Kelly Norman I would have died. Hands down no doubt I would have died if not for him. I was terrified. struggling trying to breathe and throw up all at once.  this was all uncalled for. the medical malpractice and actual deliberate indifference suffered is an outrage.

12-23-20
*(Date)*

*Jom F. Morris*
*(Signature of Plaintiff)*

