**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FRANKLIN MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ORTIZ, et al.,<br><br>Defendants. | Case No. CV 21-00582 DMG (RAO)<br><br>JUDGMENT |

In accordance with the Order Dismissing Complaint issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, and the above-captioned action is dismissed.

DATED: May 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE